**William E. JACKSON,
Plaintiff-Appellant,**

**v.**

**TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS, a Corp.,
Defendant-Respondent.**

**No. 46424.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 17, 1984.

Douglas Patrick Dowd, St. Louis, for plaintiff-appellant.

Robert C. Ely, St. Louis, for defendant-respondent.

## ORDER

PER CURIAM.

Plaintiff appeals after an adverse jury 'verdict. Plaintiff brought suit, pursuant to the Federal Employers' Liability Act, 45 U.S.C. §§ 51–60 (1976) for injuries he sustained while employed by defendant railroad corporation. On appeal, he challenges the trial court's failure to strike a prospective juror for cause. An extended opinion would serve no precedential value. The judgment is affirmed pursuant to Rule 84.-16(b).